IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASSTHROUGH TRUST X, its successors and/or assigns,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**PETER NORDBERG and/or JOHN DOES 1-10, JANE DOES 1-10,**<br><br>    **Defendants.** | **ORDER DISMISSING FOR LACK OF JURISDICTION**<br><br><br>**Case No. 2:19-cv-185**<br><br>**Judge Clark Waddoups** |

By Notice of Removal filed March 15, 2019, Defendant Louis Monson, a John Doe Defendant, removed this action from the Salt Lake County, Utah, Third Judicial District Court. (ECF. No. 3.) On March 22, 2019, the court entered an Order to Show Cause (ECF No. 4) in which it recognized that the "federal question" that Mr. Monson asserts as a basis for the court's jurisdiction arises out of his purported defense, not Plaintiff's Complaint. *See Caterpillar Inc. v. Williams*, 482 U.S. 386, 399 (1987) (recognizing that "a federal question must appear on the face of the complaint," and as such, "a *defendant* cannot, merely by injecting a federal question into an action that asserts what is plainly a state-law claim, transform the action into one arising under federal law" (emphasis in original)). The court therefore gave Mr. Monson until April 1, 2019, "to assert a proper basis for the court's jurisdiction over this action" and informed him that "[i]f he fails to do so, the court will dismiss the case for lack of jurisdiction." (ECF No. 4.)

April 1 has come and gone, and Mr. Monson has not offered a revised or additional basis for the court's jurisdiction. As such, the court finds that it is without jurisdiction in this matter

and therefore **DISMISSES** the action without prejudice for lack of jurisdiction.

DATED this 3rd day of April, 2019.

BY THE COURT:

Clark Waddoups
United States District Judge