# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASSTHROUGH TRUST X, its successors and/or assigns,**<br><br>Plaintiff,<br><br>v.<br><br>**PETER NORDBERG and/or JOHN DOES 1-10, JANE DOES 1-10,**<br><br>Defendants. | **ORDER VACATING DISMISSAL AND ORDER REMANDING CASE**<br><br><br>Case No. 2:19-cv-185<br><br>Judge Clark Waddoups |

Before the court is Plaintiff's Motion to Vacate Dismissal and to Remand (ECF No. 7), in which Plaintiff requests that the court vacate its April 3, 2019 Order Dismissing Case for Lack of Jurisdiction (ECF No. 5) and instead remand this action to the Salt Lake County, Utah, Third Judicial District Court. For the reasons set forth below, Plaintiff's Motion is **HEREBY GRANTED**.

By Notice of Removal filed March 15, 2019, Defendant Louis Monson, a John Doe Defendant, removed this action from the Salt Lake County, Utah, Third Judicial District Court. (ECF. No. 3.) On March 22, 2019, the court entered an Order to Show Cause (ECF No. 4) in which it recognized that the "federal question" that Mr. Monson asserts as a basis for the court's jurisdiction arises out of his purported defense, not Plaintiff's Complaint. The court therefore gave Mr. Monson until April 1, 2019, "to assert a proper basis for the court's jurisdiction over this action" and informed him that "[i]f he fails to do so, the court will dismiss the case for lack of jurisdiction." (ECF No. 4.) Mr. Monson failed to respond to the court's order to show cause,

and on April 3, 2019, the court entered an Order Dismissing the action without prejudice for lack of jurisdiction (ECF No. 5).

Under 28 U.S.C. § 1447(c), when Mr. Monson failed to establish the court's jurisdiction over this removed action, the court should have remanded the action to the Salt Lake County, Utah, Third Judicial District Court. As such, and pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, the court **HEREBY VACATES** its April 3, 2019 Order Dismissing for Lack of Jurisdiction (ECF No. 5) and **HEREBY REMANDS** this action to the Salt Lake County, Utah, Third Judicial District Court for further proceedings.

DATED this 28th day of May, 2019.

BY THE COURT:

_____
Clark Waddoups
United States District Judge